FILED
JUL 27 2023
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

MICHAEL ROSS

v. CIVIL ACTION NO. 1:23-cv-00425

BLUEFIELD AREA TRANSIT,
JOHN REEVES, GENERAL MANAGER

RECEIVED 07/26/2023 09:28AM

STATE OF WEST VIRGINIA
DEPARTMENT OF HEALTH AND HUMAN RESOURCES
Human Rights Commission

Sherri A. Young, DO, MBA, FAAFP
Interim Cabinet Secretary

Tia L. Welch
Executive Director

**Privileged & Confidential**
This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential and exempted from disclosure under applicable state and /or federal law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.

## FACSIMILE COVERSHEET

| TO: | | |
|---|---|---|
| ATTN: M. ROSS | Fax: 304-325-8127 | Ph: |
| | Fax: | Ph: |
| | Fax: | Ph: |

| | | |
|---|---|---|
| FROM: | West Virginia Human Rights Commission Chase Armstrong | |
| SUBJECT: | Background Form | |
| DATE: | 7/26/23 | Total Pages Transmitted: ORIGINAL + 5 |

1321 Plaza East, Room 108-A, Charleston, WV 25301
http://hrc.wv.gov/

**STATE OF WEST VIRGINIA**
**HUMAN RIGHTS COMMISSION**
**Room 108A, 1321 Plaza East, Charleston, WV 25301-1400**
**Ph: (304) 558-2616 Fax: (304) 558-0085 Toll Free: (888) 676-5546 www.hrc.wv.gov**

# PUBLIC ACCOMMODATIONS PRE-COMPLAINT BACKGROUND FORM

Please do your best to provide complete answers to each of the following questions. If a question does not apply to your situation, mark that question as n/a or not applicable.

**NOTICE: THIS IS NOT A CONFIDENTIAL DOCUMENT.** A copy of this questionnaire, containing your answers and any statements and attachments you provide, may be released to anyone who submits a proper request, including the responding entity. **Do not attach documents, such as medical records, to this form.**

**Today's Date:** 3-30-23

**Your Complete Contact Information**

***It is important that the Commission be able to reach you. If your contact information changes, please let the Commission know immediately.***

Mr. ✓ Miss___ Mrs.___ Ms.___ Full Name Michael Ross

Street Address 525 bland Apt 404 City Bluefield

County Mercer State WV Zip 24701 E-mail ___

Phone (home) ___ (work) ___ (cellular) ___

Date of Birth [redacted]1983 Age 39 Sex M Race B National Origin ___

The best time to call me is: Mornings ✓ Afternoons ✓. The best number to call is 304 800 4454.

**Your Legal Representation**

You do not need an attorney to file a complaint. However, if you are represented by a lawyer, please provide the attorney's contact information and ask your lawyer to submit a written notice of representation.

NA

Lawyer Name ___

Law Firm ___

Address ___

City ___ State ___

Zip ___ Ph ___

**Your Emergency Contact Information**

Please provide contact information for a family member or friend, **who does not share your address or telephone number(s)**, and who can reach you or get a message to you if the Commission is unable to contact you.

Name ___

Relationship to you ___

Street Address ___

City ___

State ___ Zip ___

Ph (h) ___ (cell) ___

**Other Complaints You Have Filed**

Have you filed **this same complaint or charge** with:
another agency? Yes___ No ✓
in state or federal court? Yes___ No ✓

Have you ever filed **any complaint** here before?
Yes___ No ✓
Approximate date(s) you filed ___
Docket Number(s) ___
Who did you file against? ___

FILED
MAR 30 2023
WV HUMAN RIGHTS COMMISSION

# STATE OF WEST VIRGINIA
# HUMAN RIGHTS COMMISSION

Room 108A, 1321 Plaza East, Charleston, WV 25301-1400
Ph: (304) 558-2616 Fax: (304) 558-0085 Toll Free: (888) 676-5546 www.hrc.wv.gov

The term "**place of public accommodations**" means any establishment or person which offers its services, goods, facilities, or accommodations to the general public. This includes "private" facilities and programs which are open to the public, and state and local governmental agencies and programs.

**Who Is Your Complaint Against?**

Who do you believe discriminated against you?

____ State or Local Government
____ School
____ Restaurant
____ Nightclub
____ Bank or Lending Agency
____ Store
____ Hotel/Motel
____ Shopping Center
____ Club
____ Recreational Venue
____ Health Care Provider
____ Religious Institution
__✓__ Transportation Service
____ Other (specify) John Reed

Please provide the full name and contact information for the entity you want to name in your public accommodations complaint. Be as specific as possible.

Full Name of Entity Bluefield WV Area Transit
Address ____
City ____ State ____ Zip ____
County ____ Ph ____ Fax ____

Where did the discrimination happen? If the place the discrimination happened is different than the address you have given for the entity you want to name in your complaint, please provide the address or description of the place where the harm occurred.

Full Name of Place ____
Address ____ City ____ State ____ Zip ____
County ____ Ph ____ Fax ____

**IMPORTANT NOTICE:** Completing and returning this form **DOES NOT** mean you have filed a complaint. Additional steps must be taken to file a formal complaint with the HRC. It is vital that you submit this form well before the 365 day deadline to ensure that your complaint is completed on time. **If you are submitting this form within one month of your 365 day filing deadline, please call the West Virginia Human Rights Commission for further instructions.**

RECEIVED 07/26/2023 09:26AM

304 E 5 5586 Fax # 4 325 5586 - Michael Ross Attention to Ba

# STATE OF WEST VIRGINIA HUMAN RIGHTS COMMISSION

Room 108A, 1321 Plaza East, Charleston, WV 25301-1400 www.hrc.wv.gov
Ph: (304) 558-2616 Fax: (304) 558-0085 Toll Free: (888) 676-5546

## What Happened?

Please **check** each type of harm that applies to your situation and provide the **date(s)** upon which the alleged unfair treatment occurred.

| ✔ | Type of Harm | Date(s) of Harm |
|---|---|---|
| | Refused Admission | |
| | Denial or Partial Denial of Service | |
| | Unequal Access, Service, or Treatment | |
| ✓ | Failure to Accommodate | 3-23-23 ✓ |
| | Inaccessible Facilities | |
| ✓ | Hostile Environment (only if motivated by Sex, Race, Color, Age, National Origin, Ancestry, Religion and/or Disability) | 3-23-23 ✓ |
| | Other | |

If you claim you were racially or sexually harassed, were you harassed by

✓ a proprietor, owner, or manager of a place of public accommodations?

___ an employee of a place of public accommodations?

___ unknown

✓ other (describe Customers)

For each person whom you claim harassed you, please provide his or her name, job title and address, if known.

Name John Reed

Job Title GM

Address ____

City ____ State ____

Zip ____ Ph ____

## Alleged Unlawful Bias

What do you believe motivated your unfair treatment? Check **ALL** the factors that you believe **actually apply** to your situation.

✓ Race

___ Color

___ Sex

___ Pregnancy

___ Age (40 or older)

___ Ancestry

___ National Origin

___ Religion

✓ Disability/Blindness

___ Retaliation for opposing unlawful discrimination

If you believe your unfair treatment was motivated by **disability** discrimination, please provide the following information.

Check all that apply:

✓ I have a disability.

___ I had a disability in the past.

___ I do not have a disability, but the place of public accommodations treats/treated me as if I do have a disability or regards me as disabled.

My **disability** is: Legally Blind

If you believe your unfair treatment was motivated by your **color**, please describe your color. Black

If you believe your unfair treatment was motivated by your **ancestry**, please identify your ancestry. ____

If you believe your unfair treatment was motivated by your **religion** please identify your religious affiliation, if any. ____

If you believe your unfair treatment was motivated by **retaliation** for your efforts to oppose unlawful discrimination, please provide the following information.

**Was your unfair treatment motivated by:**

a. having previously assisted the Commission in an investigation? Yes ___ No ✓

b. having complained to the place of public accommodations about unlawful discrimination Yes ___ No ✓

c. having filed a previous complaint with the Commission? Yes ___ No ✓

RECEIVED 07/26/2023 09:28AM

**STATE OF WEST VIRGINIA**
**HUMAN RIGHTS COMMISSION**

Room 108A, 1321 Plaza East, Charleston, WV 25301-1400
Ph: (304) 558-2616 Fax: (304) 558-0085 Toll Free: (888) 676-5546 www.hrc.wv.gov

Use the following space to describe what happened to you that you believe was discriminatory. Please include a description of the harm you experienced and, to your best memory, the dates upon which you were discriminated against. It would be very helpful to explain why you believe the harm you experienced was motivated by a discriminatory motive and to identify any persons who you believe were treated more favorably than you. You may attach additional pages, if necessary.

PM

Complainant alleges discrimination against this transportation service regarding his race (black) and disability (blindness). Says he got on the bus and there was no handicap/disability seats open at the front of the bus, multiple times, he was told he could not sit in that seat and called the word "nigger" at least 2 times. When he confronted the people, they became hostile. The next day, complainant was told he couldn't ride the bus and was suspended, while those same customers involved were allowed to.

*Physical Confrontation

I understand that submitting this questionnaire is not the same thing as filing a complaint and that there are more steps in the process to file an actual complaint. I understand that it is my responsibility to make sure the Commission has up to date contact information for me and that if the Commission cannot contact me it may decline to file a complaint and/or close my case. I also understand that this form is not confidential, and that all information I have provided on this form and all documents I have attached to this form are subject to disclosure to the Respondent and any other individual who makes a proper request.

Signature ______________________ Date 3-30-23

FILED
MAR 30 2023
WV HUMAN RIGHTS COMMISSION