```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

**MICHAEL ROSS,**

    **Plaintiff,**

**v.**                                                  CIVIL ACTION No. 1:23-00425

**BLUEFIELD AREA TRANSIT and**
**JOHN REEVES,**

    **Defendants.**

## JUDGMENT ORDER

      For reasons expressed in the Memorandum Opinion and Order filed this day, the court hereby **GRANTS** defendants' motion for summary judgment, **DISMISSES** this case with prejudice, and directs the Clerk to remove this case from the court's active docket.

      The Clerk is directed to forward a certified copy of this Judgment Order to plaintiff and counsel of record.

      **IT IS SO ORDERED** this 29th day of March, 2024.

                                        ENTER:

                                        David A. Faber
                                        Senior United States District Judge