FILED: October 15, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1295
(1:23-cv-00425)

---

MICHAEL ROSS

Plaintiff - Appellant

v.

BLUEFIELD AREA TRANSIT; JOHN REEVES, General Manager

Defendants - Appellees

---

M A N D A T E

---

The judgment of this court, entered 09/23/2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*